**Order entered May 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00339-CV

### METHODIST HOSPITALS OF DALLAS, Appellant

### V.

### VICKIE MILES, INDIVIDUALLY, AS THE REPRESENTATIVE FOR ALL WRONGFUL DEATH BENEFICIARIES, AND AS AN HEIR AT LAW AND REPRESENTATIVE OF THE ESTATE OF W.T. MAYES, DECEASED, Appellee

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-16088

## ORDER

Before the Court is appellant's May 16, 2019 unopposed second motion for extension of time to file its brief. Appellant explains the parties have settled their dispute but have not yet finalized the contents of the settlement agreement. The extension would allow the parties to finalize the agreement without incurring briefing costs. We **GRANT** the motion as follows.

We **SUSPEND** the briefing deadline and **ORDER** appellant to file, no later than June 10, 2019, either a motion to dismiss or status report.

/s/     ERIN A. NOWELL
        JUSTICE